Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  15−24160−JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Matthew McCord                                   Sandra McCord
   aka Matthew A McCord                             798 Richmond Drive
   798 Richmond Drive                               Sicklerville, NJ 08081
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6860                                      xxx−xx−4208

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

- ☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: July 20, 2016
JJW: kvr

                                      James J. Waldron
                                      Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 15-24160-JNP
Matthew McCord                                                Chapter 7
Sandra McCord
         Debtors                CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2                  Date Rcvd: Jul 20, 2016
                              Form ID: cscnodsc         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2016.
db/jdb         +Matthew McCord,    Sandra McCord,    798 Richmond Drive,    Sicklerville, NJ 08081-9454
aty            +Edward L. Berger,    Gordin & Berger, PC,    1760 Market Street,    Suite 600,
                 Philadelphia, PA 19103-4199
nc             +Edward L. Berger,    Gordin & Berger,   1760 Market Street, Suite 600,
                 Philadelphia, PA 19103-4199
cr             +Fifth Third Bank,    c/o Schiller, Knapp, Lefkowitz & Hertzel,
                 30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
515646078      +3G Teleradiology Solution,    P.O. Box 809,    Berwick, PA 18603-0809
515646079       Advocare Berlin,    PO Box 3001,   Voorhees, NJ 08043-0598
515646080      +Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
515646081      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
515646082      +Atlantic Urgent Care Physicians,    P.O. Box 15736,    Loves Park, IL 61132-5736
515646083      +Bank of America Home Loans,    P.O. Box 5170,    Simi Valley, CA 93062-5170
515863418       Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
515646084      +C & R Collections and Recoveries, Inc.,    P.O. Box 35,    Northfield, NJ 08225-0035
515646085     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
515734895       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515646086      +Coll & Recoveries Plea,    331 Tilton Rd,    Northfield, NJ 08225-1201
515646087      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
515685475      +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
515646088      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515646089       HRRG,   PO Box 459080,    Fort Lauderdale, FL 33345-9080
515646091      +Inspira Health Network,    P.O. Box 48274,    Newark, NJ 07101-8474
515728543      +Kennedy Health System,    Thomas and Cook,    57 Cooper Street, 2nd Floor,
                 Woodbury, NJ 08096-4650
515646092       Kennedy Medical Group,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
515646093      +Kristina Murtha, Esq.,    Kivitz McKeever Lee, P.C.,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
515646094       LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
515646096      +NCO Financial,    PO Box 15273,    Wilmington, DE 19850-5273
515861287      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
515646098      +Northland Group,    P.O. Box 129,    Thorofare, NJ 08086-0129
515646099      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
515646100       Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515646101      +Radiology Association of NJ,    3625 Quakerbridge Road,    Trenton, NJ 08619-1268
515646102      +Rodman L. Cook, Esquire,    57 Cooper Street,    Woodbury, NJ 08096-4650
515646103      +Sa-Vit Enterprises,    46 W Ferris St,    East Brunswick, NJ 08816-2159
515646104      +Security Credit Systems, Inc.,    P.O. Box 846,    Buffalo, NY 14240-0846
515646105      +The Northstar/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
515841429      +Thomas Jefferson University,    c/o Edward L. Berger, Esq,    1760 Market Street, Suite 608,
                 Philadelphia, PA 19103-4105
515646106      +Tom Jefs Uni,    1020 Walnut St 514 Scott Bldg,    Philadelphia, PA 19107-5543
515646107       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
515945109       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
515646108      +Virtua Radiologic Corporation,    3625 Quaerbridge Road,    Trenton, NJ 08619-1268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2016 22:14:47      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2016 22:14:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515781697       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2016 22:13:01
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
515646090      +E-mail/Text: bankruptcy@icsystem.com Jul 20 2016 22:15:24      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
515646095      +E-mail/Text: mmrgbk@miramedrg.com Jul 20 2016 22:14:49      MiraMed,   991 Oak Creek Drive,
                 Lombard, IL 60148-6408
515646097      +E-mail/PDF: bankruptcy@ncfsi.com Jul 20 2016 22:13:24      New Centruy Financial Services, Inc.,
                 110 S. Jefferson Road,    Suite 104,   Whippany, NJ 07981-1038
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Jul 20, 2016
                               Form ID: cscnodsc        Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2016 at the address(es) listed below:
              David   Reinherz    on behalf of Joint Debtor Sandra   McCord reinherzlaw@aol.com,
               reinherzlaw@gmail.com
              David   Reinherz    on behalf of Debtor Matthew   McCord reinherzlaw@aol.com,  reinherzlaw@gmail.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael E. Blaine    on behalf of Creditor    Fifth Third Bank mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                                 TOTAL: 7