UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Reinherz, 3543
151 Fries Mill Road
Ste 505
Turnersville NJ 08012

Order Filed on January 24, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Matthew McCord and Sandra McCord

| | |
|---|---|
| Case No.: | 15-24160 |
| Hearing Date: | 1/24/17 |
| Judge: | JNP |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: January 24, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of __Debtors, Matthew McCord and Sandra McCord__, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ❏ A Trustee shall be appointed.

   ☒ A Trustee shall not be appointed.

3. ❏ The case shall be immediately reclosed.

   ❏ The case shall be closed within _____ days.

   ❏ The case shall be reviewed within _____ days for closing eligibility.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*rev.8/1/15*