Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                                  Case No.: 15–24160–JNP
                                  Chapter:  7
                                  Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Matthew McCord | Sandra McCord |
| aka Matthew A McCord | 798 Richmond Drive |
| 798 Richmond Drive | Sicklerville, NJ 08081 |
| Sicklerville, NJ 08081 | |

Social Security No.:
  xxx–xx–6860                                     xxx–xx–4208

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 27, 2017</u>            <u>Jerrold N. Poslusny Jr.</u>
                                              Judge, United States Bankruptcy Court