**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Matthew McCord** | Social Security number or ITIN **xxx–xx–6860** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sandra McCord** | Social Security number or ITIN **xxx–xx–4208** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **15–24160–JNP**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Matthew McCord
aka Matthew A McCord

Sandra McCord

1/27/17

**By the court:**   Jerrold N. Poslusny Jr.
                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-24160-JNP
Matthew McCord                                                                  Chapter 7
Sandra McCord
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 2            Date Rcvd: Jan 30, 2017
                              Form ID: 318               Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
```
db/jdb         +Matthew McCord,    Sandra McCord,    798 Richmond Drive,    Sicklerville, NJ 08081-9454
aty            +Edward L. Berger,    Gordin & Berger, PC,    1760 Market Street,    Suite 600,
                 Philadelphia, PA 19103-4105
nc             +Edward L. Berger,    Gordin & Berger,    1760 Market Street, Suite 600,
                 Philadelphia, PA 19103-4105
cr             +Fifth Third Bank,    c/o Schiller, Knapp, Lefkowitz & Hertzel,
                 30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
515646078      +3G Teleradiology Solution,    P.O. Box 809,    Berwick, PA 18603-0809
515646079       Advocare Berlin,    PO Box 3001,    Voorhees, NJ 08043-0598
515646080      +Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
515646081      +Ars Account Resolution,    1643 Harrison Pkwy Ste 1,    Sunrise, FL 33323-2857
515646082      +Atlantic Urgent Care Physicians,    P.O. Box 15736,    Loves Park, IL 61132-5736
515863418       Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
515646084      +C & R Collections and Recoveries, Inc.,    P.O. Box 35,    Northfield, NJ 08225-0035
515646086      +Coll & Recoveries Plea,    331 Tilton Rd,    Northfield, NJ 08225-1201
515646087      +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
515685475      +Fifth Third Bank,    PO Box 9013,    Addison, TX 75001-9013
515646088      +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
515646089       HRRG,    PO Box 459080,    Fort Lauderdale, FL 33345-9080
515646091      +Inspira Health Network,    P.O. Box 48274,    Newark, NJ 07101-8474
515728543      +Kennedy Health System,    Thomas and Cook,    57 Cooper Street, 2nd Floor,
                 Woodbury, NJ 08096-4650
515646092       Kennedy Medical Group,    PO Box 95000,    CL 4570,    Philadelphia, PA 19195-0001
515646093      +Kristina Murtha, Esq.,    Kivitz McKeever Lee, P.C.,    216 Haddon Avenue,    Suite 406,
                 Collingswood, NJ 08108-2812
515646094       LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
515646097      +New Centruy Financial Services, Inc.,    110 S. Jefferson Road,    Suite 104,
                 Whippany, NJ 07981-1038
515861287      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
515646098      +Northland Group,    P.O. Box 129,    Thorofare, NJ 08086-0129
515646099      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
515646100       Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515646101      +Radiology Association of NJ,    3625 Quakerbridge Road,    Trenton, NJ 08619-1268
515646102      +Rodman L. Cook, Esquire,    57 Cooper Street,    Woodbury, NJ 08096-4650
515646104      +Security Credit Systems, Inc.,    P.O. Box 846,    Buffalo, NY 14240-0846
515646105      +The Northstar/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
515841429      +Thomas Jefferson University,    c/o Edward L. Berger, Esq,    1760 Market Street, Suite 608,
                 Philadelphia, PA 19103-4105
515646106      +Tom Jefs Uni,    1020 Walnut St 514 Scott Bldg,    Philadelphia, PA 19107-5543
515646107       U S Dept Of Ed/Gsl/Atl,    Po Box 4222,    Iowa City, IA 52244
515945109       US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
515646108      +Virtua Radiologic Corporation,    3625 Quaerbridge Road,    Trenton, NJ 08619-1268
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515781697       EDI: RESURGENT.COM Jan 31 2017 01:23:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515646083      +EDI: BANKAMER.COM Jan 31 2017 01:23:00      Bank of America Home Loans,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
515646085       EDI: CAPITALONE.COM Jan 31 2017 01:23:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
515734895       EDI: CAPITALONE.COM Jan 31 2017 01:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515646090      +EDI: IIC9.COM Jan 31 2017 01:23:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
515646095      +E-mail/Text: mmrgbk@miramedrg.com Jan 31 2017 01:43:19      MiraMed,    991 Oak Creek Drive,
                 Lombard, IL 60148-6408
515646096      +E-mail/Text: bankruptcydepartment@tsico.com Jan 31 2017 01:44:06      NCO Financial,
                 PO Box 15273,    Wilmington, DE 19850-5273
515646103      +E-mail/Text: bankruptcy@savit.com Jan 31 2017 01:44:18      Sa-Vit Enterprises,    46 W Ferris St,
                 East Brunswick, NJ 08816-2159
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jan 30, 2017
                              Form ID: 318               Total Noticed: 45
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2017 at the address(es) listed below:

```
          David   Reinherz    on behalf of Joint Debtor Sandra   McCord reinherzlaw@aol.com,
           reinherzlaw@gmail.com
          David   Reinherz    on behalf of Debtor Matthew   McCord reinherzlaw@aol.com,  reinherzlaw@gmail.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael E. Blaine    on behalf of Creditor    Fifth Third Bank mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
                                                                                              TOTAL: 7
```